UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAHLIMAH JONES, Individually and as the
representative of a class of similarly situated persons,

                                                        Plaintiff,

- against -

CREATIVELIVE, INC.,

                                                   Defendants.
------------------------------------------------------------X

Case No.   1:20-cv-2251-BMC

**NOTICE OF SETTLEMENT**

        Now comes the Plaintiff, Kahlimah Jones, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

        1.   The parties have reached an agreement and a settlement agreement ("Agreement") is in the process of being finalized.  Once the Agreement is fully executed and honored, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

        2.   The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

        3.   The parties respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and honored by each party.

Dated: Scarsdale, New York
       July 7, 2020

                                              SHAKED LAW GOUP, P.C.
                                              Attorneys for Plaintiff

                                      By: */s/Dan Shaked*_____
                                          Dan Shaked (DS-3331)
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com