**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| KAHLIMAH JONES, Individually and as the representative of a class of similarly situated persons, | |
| | Case No.   1:20-cv-2251-BMC |
| Plaintiff, | |
| - against - | |
| CREATIVELIVE, INC., | |
| Defendants. | |

-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Kahlimah Jones, by her attorneys, Shaked Law Group, P.C., individually and as the representative of a class of similarly situated persons, and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice and without costs or attorneys' fees, of the above-referenced matter against Defendant CreativeLive, Inc.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
            July 20, 2020

                                                      SHAKED LAW GOUP, P.C.
                                                    Attorneys for Plaintiff

                                            By:  */s/Dan Shaked*
                                                Dan Shaked (DS-3331)
                                                14 Harwood Court, Suite 415
                                                Scarsdale, NY 10583
                                                Tel. (917) 373-9128
                                                Fax (718) 704-7555
                                                e-mail: ShakedLawGroup@Gmail.com